UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG VAN PHAN,<br><br>                    Petitioner,<br><br>        v.<br><br>MARK BOWEN, *et al.*,<br><br>                    Respondents. | Case No. 5:26-cv-2249-CV (MARx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED**

**IT IS SO ORDERED**.

Dated:  5/8/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1